William M. Symmes, WSBA No. 24132
Sawyer R. Margett, WSBA No. 53223
WITHERSPOON · KELLEY
422 W. Riverside Avenue
Spokane, WA 99201-0300
Telephone: (509) 624-5265
Facsimile: (509) 458-2728
Attorneys for Defendant Spokane Children's Theatre
wms@witherspoonkelley.com
srm@witherspoonkelley.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK ALLEN PLEASANT and TRALEN ROBERT DOLER,<br><br>        Plaintiffs,<br><br>    v.<br><br>SPOKANE CIVIC THEATRE and SPOKANE CHILDREN'S THEATRE, DOES 1-10,<br><br>        Defendants. | No.<br>NOTICE OF REMOVAL |

Defendant Spokane Children's Theatre, by and through their undersigned

attorneys, hereby appear, without waiving its defenses under Washington Rules for

Superior Court 4 and 12 or Federal Rules of Civil Procedure 4 and 12, and give

notice of the removal of the action titled *Mark Allen Pleasant v. Spokane Civic*

WITHERSPOON · KELLEY
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

*Theatre et. al*, Case No: 22-2-02986-32, from the Superior Court of the County of Spokane, State of Washington to the United States District Court for the Eastern District of Washington.

**GROUNDS FOR REMOVAL**

The grounds for removal are:

1. **This action is removable pursuant to 28 U.S.C. § 1332(a)(2); 28 U.S.C. § 1441(b); 28 U.S. Code § 1446(c).**

   a. Plaintiff Mark Pleasant is a resident of the State of Idaho. Complaint ¶ 2.2.

   b. Plaintiff Tralen Dolar is a resident of the State of New York. Complaint ¶ 2.2.

   c. Both Defendants Spokane Civic Theatre and Spokane Children's Theatre are Washington Corporations with principal places of business in Spokane, WA. Complaint ¶ 2.3.

   d. "The amount in controversy exceeds $100,000 for each Plaintiff exclusive of interest, costs and attorney fees." Complaint ¶ 3.3.

2. **28 U.S.C. § 1446(a) and (d) are satisfied.**

   a. A complete copy of the state court's file and pleadings in this matter is attached hereto as **Exhibit A** and incorporated herein by reference.

{S2499276; 1 } NOTICE OF REMOVAL - 2

b. A copy of this Notice of Removal is being filed concurrently with the Clerk of the Superior Court of Spokane County, Washington, together with notice to all other parties to this action.

**3.   Removal is timely under 28 U.S.C. § 1446(b).**

a. On October 19, 2022, counsel for the Plaintiff caused to be served a copy of the Plaintiff's filed Summons and Complaint to an employee of suitable age and discretion at the Spokane Children's Theater.

b. Pursuant to 28 U.S.C. § 1446(b)(1), this removal notice is timely because it is being filed within 30 days of the October 19, 2022 date of service.

**4.   Venue is proper.**

a. This Notice of Removal is properly filed in the Eastern District of Washington because the Superior Court of the State of Washington in and for Spokane County is located within the Eastern District of Washington, and all acts alleged in Plaintiff's Complaint are alleged to have taken place within the Eastern District of Washington.  28 U.S.C. § 1441(a).

**5.   The Only Other Properly Joined Defendant Has Consented to and Has Joined in This Removal.**

a. Spokane Civic Theatre is the only other Defendant who has been served

{S2499276; 1 } NOTICE OF REMOVAL - 3

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

and added to this matter.

b. Counsel for Spokane Civic Theatre has consented to removal and has joined in the Removal.

c. Defendants Does 1-10 were neither specifically identified nor properly served in this action. Because only defendants who have been properly served in the action need consent to removal, the consent of Does 1-10 is not required. *See Destfino v. Reiswig*, 630 F.3d 952, 956-57 (9th Cir. 2011); *Walth v. Staples the Off. Superstore*, LLC, No 2:17-CV-323, 2017 WL 4619023, at *1 (E.D. Wash. Oct. 16, 2017).

WHEREFORE, Defendants request that the Case No. 22-2-02986-32, now pending in the Superior Court of Spokane County, Washington, be removed in its entirety to this Court in accordance with the statutes above.

DATED this 8th day of November, 2022.

WITHERSPOON·KELLEY


By:   *s/ Sawyer R. Margett*
   William M. Symmes, WSBA # 24132
   Sawyer R. Margett, WSBA # 53223
   Attorneys for Defendant Spokane
   Children's Theatre

WITHERSPOON · KELLEY
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1

2

WITHERSPOON BRAJCICH MCPHEE, PLLC

By: _____

3

4

James A. McPhee, WSBA No. 26323
Attorney for Spokane Civic Theatre

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{S2499276; 1 }NOTICE OF REMOVAL - 5

1

2

## CERTIFICATE OF SERVICE

3    I hereby certify that on the 8th day of November, 2022, I caused to be
electronically filed the foregoing Notice of Removal with the Clerk of the Court
using the CM/ECF System, which will send notification of such filing to the
following: NONE.

4

5

6    I hereby certify that I caused to have mailed by United States Postal Service
the document to the following participants:

7

8    Melanie Baillie
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
*Attorney for Plaintiffs*

9

10

11

12

13

14    I hereby certify that I caused to be hand delivered by courier the document
to the following participants:

15

16    Melanie Baillie
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
*Attorney for Plaintiffs*

17

18

19

20                                WITHERSPOON·KELLEY

21

22

23    By:___*/s/ Sawyer R. Margett*_____
                William M. Symmes, WSBA # 24132
                Sawyer R. Margett, WSBA # 53223
                Attorneys for Defendant Spokane
                Children's Theatre

24

25

26

27

28

{S2499276; 1 }NOTICE OF REMOVAL - 6