# EXHIBIT A

CN: 2220298632

**SN: 1**

PC: 2

FILED
9/1/2022
Timothy W Fitzgerald
Spokane County Clerk

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF SPOKANE

MARK ALLEN PLEASANT and TRALEN
ROBERT DOLER,

                          Plaintiffs,

vs.

SPOKANE CIVIC THEATRE and SPOKANE
CHILDREN'S THEATRE, DOES 1-10,

                          Defendants.

NO. 22-2-02986-32

SUMMONS (21 DAYS)

**TO DEFENDANT SPOKANE CHILDREN'S THEATRE:**  A lawsuit has been

started against you in the above-entitled court by Mark Allen Pleasant and Tralen Robert Doler,

plaintiffs in the above-named action. Plaintiffs' claims are stated in the written Complaint for

Damages, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the claims by stating your

defense in writing, and by serving a copy upon the person signing this summons within 21 days

SUMMONS. - Page 1

JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Ph: (208) 667-0683
Fax: (208) 664-1684

1   after the service of this summons, excluding the day of service, or a default judgment may be

2   entered against you without notice. A default judgment is one where the plaintiff is entitled to

3   what he asks for because you have not responded. If you serve a notice of appearance on the

4   undersigned person, you are entitled to notice before a default judgment may be entered.

5          You may demand that the plaintiff file this lawsuit with the court. If you do so, the

6   demand must be in writing and must be served upon the person signing this summons. Within 14

7   days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service

8   on you of this summons and complaint will be void.

9          If you wish to seek the advice of an attorney in this matter, you should do so promptly

10  so that your written response, if any, may be served on time.

11         This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

12  State of Washington.

13

14         DATED this 29th day of August, 2022.

15

16                          JAMES, VERNON & WEEKS, P.A.

17

18                          _____
                            Melanie E. Baillie, WSBA #55832

19                          1626 Lincoln Way
                            Coeur d'Alene, Idaho 83814

20                          Telephone: (208) 667-0683
                            Facsimile: (208) 664-1684

21                          mbaillie@jvwlaw.net
                            Attorneys for Plaintiffs

22

23

SUMMONS. - Page 2

CN: 2220298632

**SN: 2**

PC: 2

FILED
9/1/2022
Timothy W Fitzgerald
Spokane County Clerk

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF SPOKANE

| | |
|---|---|
| MARK ALLEN PLEASANT and TRALEN ROBERT DOLER,<br><br>     Plaintiffs,<br><br>vs.<br><br>SPOKANE CIVIC THEATRE and SPOKANE CHILDREN'S THEATRE, DOES 1-10,<br><br>     Defendants. | NO.   22-2-02986-32<br><br>SUMMONS (21 DAYS) |

  **TO DEFENDANT SPOKANE CIVIC THEATRE:**  A lawsuit has been started against you in the above-entitled court by Mark Allen Pleasant and Tralen Robert Doler, plaintiffs in the above-named action. Plaintiffs' claims are stated in the written Complaint for Damages, a copy of which is served upon you with this summons.

  In order to defend against this lawsuit, you must respond to the claims by stating your defense in writing, and by serving a copy upon the person signing this summons within 21 days

SUMMONS. - Page 1

**JAMES, VERNON & WEEKS, P.A.**
1626 Lincoln Way
Coeur d'Alene, ID 83814
Ph: (208) 667-0683
Fax: (208) 664-1684

1  after the service of this summons, excluding the day of service, or a default judgment may be

2  entered against you without notice. A default judgment is one where the plaintiff is entitled to

3  what he asks for because you have not responded. If you serve a notice of appearance on the

4  undersigned person, you are entitled to notice before a default judgment may be entered.

5        You may demand that the plaintiff file this lawsuit with the court. If you do so, the

6  demand must be in writing and must be served upon the person signing this summons. Within 14

7  days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service

8  on you of this summons and complaint will be void.

9        If you wish to seek the advice of an attorney in this matter, you should do so promptly

10  so that your written response, if any, may be served on time.

11        This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

12  State of Washington.

13

14        DATED this 29th day of August, 2022.

15

16        JAMES, VERNON & WEEKS, P.A.

17

18  *Melanie Baillie*

19  Melanie E. Baillie, WSBA #55832
1626 Lincoln Way

20  Coeur d'Alene, Idaho 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684

21  mbaillie@jvwlaw.net
Attorneys for Plaintiffs

22

23

---

SUMMONS. - Page 2

CN: 2220298632

**SN: 3.0**

PC: 11

FILED

9/1/2022

Timothy W Fitzgerald

Spokane County Clerk

THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF SPOKANE

MARK ALLEN PLEASANT and TRALEN ROBERT DOLER,

               Plaintiffs,

vs.

SPOKANE CIVIC THEATRE and SPOKANE CHILDREN'S THEATRE, DOES 1-10,

               Defendants.

NO.   22-2-02986-32

COMPLAINT FOR DAMAGES

Plaintiffs, by and through their attorney of record, Melanie Baillie of the firm JAMES, VERNON, & WEEKS, P.A., hereby state and allege as follows:

## I. INTRODUCTION

1.1.    This complaint is based on the childhood sexual abuse of Plaintiffs caused by Defendants' negligent, reckless, and tortious acts and omissions.

COMPLAINT FOR DAMAGES - 1

**JAMES, VERNON & WEEKS, P.A.**
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Phone: (208)667-0683
Fax: (208) 664-1684

## II. PARTIES

2.1    Plaintiffs incorporate by reference all other paragraphs of this Complaint as if fully set forth herein.

2.2    <u>PLAINTIFFS</u>    Plaintiff Mark Pleasant is a resident of the State of Idaho. Plaintiff Tralen Doler is a resident of the State of New York.   At all times material hereto, Plaintiffs were minor children who participated in activities offered by the Spokane Civic Theatre and/or the Spokane Children's Theatre.

2.3    <u>DEFENDANT SPOKANE CIVIC THEATRE</u> (also referred to herein as "Civic Theatre") is a Washington public benefit corporation established on September 6, 1947, with UBI number 600144421. The Defendant Civic Theatre has its principal office address at 1020 N. Howard Street, Spokane, Washington 99201.

2.3.a    Said Defendant may be served with process through its registered agent Witherspoon Brajcich McPhee PLLC, 601 W Main Ave., Suite 714, Spokane, Washington, 99201 pursuant to RCS 23.95.610 as it continues to be a domestic entity who may be served through its registered agent.

2.4    <u>DEFENDANT THE SPOKANE CHILDREN'S THEATRE, INC.</u>.  (also referred to herein as "Children's Theatre") is a Washington State public benefit corporation established June 8, 1964, with UBI number 601615085.  The Defendant Children's Theatre has its principal place of business located at 2727 N. Madelia St., Ste 5, Spokane Washington 99207.

2.4.a    Said Defendant may be served with process through its registered agent Doug Beschta, 2727 N. Madelia St., Ste 5, Spokane, Washington 99207.

COMPLAINT FOR DAMAGES - 2

JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Phone: (208)667-0683
Fax: (208) 664-1684

1

## III. JURISDICTION AND VENUE

2     3.1     Plaintiffs incorporate by reference all other paragraphs of this Complaint as if

3 fully set forth herein.

4     3.2     This Court has jurisdiction over Defendants and each of them pursuant to

5 R.C.W. 4.28.185(1)(b) because each of the Defendants committed tortious act(s) within the

6 state of Washington.  The amount in controversy exceeds $100,000 for each Plaintiff exclusive

7 of interest, costs and attorney fees.

8     3.3     Venue is proper under R.C.W. 4.12.020(3) because substantial events, acts,

9 and/or omissions arose in Spokane County, Washington, and some of the Defendants reside in

10 this county.

11

## IV. STATEMENT OF FACTS

12     4.1     Plaintiffs incorporate by reference all other paragraphs of this Complaint as if

13 fully set forth herein.

14     4.2     At all times material hereto, and upon information and belief, Scott Dunckley

15 (also referred to herein as "Dunckley") was an adult volunteer, participant, agent, and

16 benefactor in both Defendants Civic Theatre and Children's Theatre from 1987 until 2001.

17     4.3     Scott Dunckley was involved with productions at the Defendants Civic Theatre

18 and Children's Theatre as a volunteer, and was the technical advisor of the Civic Theatre's

19 children's performance troupe in which both Plaintiffs participated.

20     4.4     Scott Dunckley began ingratiating himself to Plaintiff Pleasant in 1987, when

21 Plaintiff Pleasant was 14 years old, and Dunckley was 24 years old.  Dunckley would provide

22 Plaintiff with alcohol at cast parties and other theatre events.

23

COMPLAINT FOR DAMAGES - 3

JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Phone: (208)667-0683
Fax: (208) 664-1684

1       4.5     As a trusted agent for and on behalf of the Children's Theatre and the Civic

2    Theatre, Dunckley began giving Plaintiff Pleasant rides to and from rehearsals in 1987.

3       4.6     Dunckley began grooming and then sexually molesting Plaintiff Pleasant in

4    1987.

5       4.7     Upon information and belief, in 1989 Plaintiff Pleasant revealed the sexual

6    abuse to the Theatre leadership.

7       4.8     Despite its knowledge of Dunckley's molestation of Plaintiff Pleasant, the

8    Theatre leadership failed to take action and continued to cast Dunckley and allowed Dunckley

9    to continue to participate in, have access to, and authority over, children participating in its

10   programs and, specifically, Plaintiff Pleasant.

11      4.9     Plaintiff Pleasant began seeing a counselor where he revealed Dunckley's sexual

12   abuse.  The counselor reported the abuse to Child Protective Services and the Spokane Police

13   Department.

14     4.10    Plaintiff Pleasant was seen as the culprit in the theatre community for the sexual

15   abuse Dunckley perpetrated on him.  Rumors about Plaintiff Pleasant began to culminate and

16   spread, and Dunckley framed himself as the victim.

17     4.11    Neither the leadership of the Children's Theatre nor the Civic Theatre

18   discharged Dunckley for his abuse of Plaintiff, reported Dunckley to authorities, or even

19   investigated Plaintiff's disclosure of sexual abuse.

20     4.12    Both Defendants controlled the method and means in which Dunckley executed

21   his duties for each of them.  Oversight of his activities was the responsibility of both the

22   Children's Theatre Board and the Civic Theatre Board during the time he was sexually

23   molesting Plaintiff Pleasant.

COMPLAINT FOR DAMAGES - 4

JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Phone: (208)667-0683
Fax: (208) 664-1684

4.13    Upon information and belief, Dunckley promulgated and disseminated said false statements about Plaintiff Pleasant as a result of the disclosure by Plaintiff Pleasant regarding Dunckley's sexual molestation of him.  Both Defendants adopted said false statements without investigation.

4.14    Plaintiff Doler became involved in activities at the Civic Theatre at the age of 11.  Plaintiffs became friends while performing in the Civic Theatre's children's performing troupe.

4.15    In 1991, Plaintiffs attended a cast party sponsored by the Defendant Civic Theatre.

4.16    As a result of the narrative advanced by theatre leadership and Dunckley regarding Plaintiff Pleasant's allegations against Dunckley, a theatre volunteer approached Plaintiff Doler and his mother stating that Plaintiff Doler needed to be careful around Plaintiff Pleasant, but did not warn Plaintiff Doler or his mother about Dunckley.

4.17    In 1991, Dunckley, through his role and apparent authority on behalf of the Defendant Civic Theatre, began to ingratiate himself to Plaintiff Doler and his family including, but not limited to, villainizing Plaintiff Pleasant.  Dunckley groomed Plaintiff Doler sexually.

4.18    In Approximately 1992 Dunckley began sexually abusing Plaintiff Doler, who was then 13 years old.

4.19    At all times material hereto, each Defendant had a special relationship with each Plaintiff, as Plaintiffs were theatre members participating in one or both of Defendants' programs, and Defendants had custody and control of Plaintiffs while they were attending rehearsals, performances, and social functions sponsored, controlled, supervised, and led by the Defendants.

COMPLAINT FOR DAMAGES - 5

4.20    At all times material hereto, Defendants had a special relationship with Scott Dunckley who was an adult volunteer, consultant, benefactor, and participant for Defendants, and who was cloaked with authority and/or apparent authority to act on behalf of the Defendants.

4.21    Defendants knew or should have known that Dunckley was a pedophile and was abusing children. Each Defendant had a duty to warn or protect foreseeable victims including plaintiffs.

4.22    Each Defendant had a duty to report Dunckley's sexual abuse or suspected sexual abuse of children to authorities but failed to do so.

4.23    But for each Defendant's breach of duty, acts, and omissions, Plaintiffs would not have been sexually abused by Dunckley.

4.24    As a direct and proximate result of the molestation and breach of trust and each Defendant's breaches of duty, each plaintiff has suffered and will continue to suffer physical and emotional pain and dysfunction and general, non-economic damages in an amount to be determined at trial. As a further direct and proximate result of the sexual abuse, each plaintiff has incurred/or will continue to incur costs for counseling and psychological treatment and has lost earning capacity due to this damage in an amount to be proven at trial.

## V. NEGLIGENCE AND GROSS NEGLIGENCE

### 5.    General Breach of Duty

5.1    Plaintiffs incorporate by reference all other paragraphs of this Complaint as if fully set forth herein.

5.2.    Defendants, and each of them, had a special relationship with each Plaintiff while each Plaintiff was a minor participating in Defendants' programs. Each Defendant knew

COMPLAINT FOR DAMAGES - 6

JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Phone: (208)667-0683
Fax: (208) 664-1684

1    or reasonably should have foreseen the heightened risks of sexual abuse of children, including

2    Plaintiffs, and had a duty to warn or protect foreseeable victims, including each Plaintiff.

3        5.3.    Defendants and each of them were on notice of an extremely dangerous

4    condition, including specifically Dunckley's risk to sexually abuse minor boys.

5        5.4.    At all relevant times, Defendants, and each of them, were mandatory child abuse

6    reporters pursuant to RCW 26.44.030.

7        5.5.    Defendants and each of them breached both a statutorily prescribed duty and

8    common law duties of reasonable care by failing to report to authorities known abuse risks to

9    the Plaintiffs.

10       5.6.    Defendants breached a common law duty of reasonable care by failing to protect

11   or warn each Plaintiff or each Plaintiff's parents of the dangers of Scott Dunckley.

12       5.7.    Defendants, and each of them, as owners and/or possessors of the land upon

13   which they knowingly/or negligently allowed Dunckley to groom and sexually abuse Plaintiffs,

14   had a common law duty to protect Plaintiffs from an unreasonable risk of harm arising from

15   Dunckley's presence on the property.

16       5.8.    But for the Defendants' breaches of duty, acts, and omissions, each Plaintiff

17   would not have been abused.

18       5.9.    Defendants and each of them failed to train and supervise their agents and

19   employees (1) in the proper creation and implementation of guidelines, policies, and procedures

20   regarding the treatment of child sexual abuse victims; (2) to monitor and insure compliance

21   with guidelines, policies, and procedures, and (3) in reporting child sexual abuse.

22

23

COMPLAINT FOR DAMAGES - 7

JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Phone: (208)667-0683
Fax: (208) 664-1684

5.10.    Defendants also failed to properly investigate allegations of abuse by Dunckley and failed to reach out and provide services to his victims.

5.11.    Defendants knew, or in the exercise of reasonable care should have known, that their failure to erect reasonable barriers to pedophiles' entry into their organization or to timely adopt policies and practices addressing the problem of pedophilic infiltration and abuse of children, including each Plaintiff, created an unreasonable risk of harm to participants in their programs.

5.12.    Defendants' negligence, breaches of duty, and resulting molestation of each Plaintiff by their agent, Scott Dunckley, were direct and proximate causes of special and general damages to each Plaintiff, including past and future physical and emotional pain and dysfunction and general, noneconomic damages in an amount to be determined at trial.  As a further result of the sexual abuse, each Plaintiff has incurred or will continue to incur costs for counseling and psychological treatment and has lost earning capacity due to this damage in an amount to be proved at trial.

**5.13    Negligent Failure To Protect**

5.13.a  At all times material hereto, each Defendant had certain duties imposed upon it by law.  Each Defendant owed each Plaintiff a duty of care to protect them and other children against harm caused by their agents and, specifically, their agent Scott Dunckley.

5.13.b  Each Defendant breached said duties by, *inter alia*, acting under circumstances or conditions likely to produce great bodily harm to each Plaintiff and other children, negligently permitting each Plaintiff to suffer unjustifiable harm, negligently permitting each Plaintiff or the health of each Plaintiff to be injured, or negligently permitting each Plaintiff to be placed in such a situation that each Plaintiff's person and health was endangered, including

COMPLAINT FOR DAMAGES - 8

**JAMES, VERNON & WEEKS, P.A.**
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Phone: (208)667-0683
Fax: (208) 664-1684

1  by each Defendant's failure to terminate their relationship with Dunckley and to report the

2  abuse to authorities.

3  　　5.13.c  The Defendants and each of them failed to comply with the standard of care for

4  a nonprofit organization and its leaders who become aware, or should have become aware, of

5  child sexual abuse under the same or similar circumstances and who have care, custody and

6  control of vulnerable persons, including Plaintiffs, through Plaintiffs' participation in the events

7  and activities of the Defendants, as well as through the Defendants' involvement in assisting

8  and continuing to allow Dunckley to maintain access to the Plaintiffs, without supervision or

9  oversight.

10  　　5.13.d  Each Defendant's breaches of duty to each Plaintiff directly and proximately

11  caused life-long, ongoing, and profound damages to each Plaintiff as further alleged herein.

12  　　5.13.e  As a direct and proximate result of each Defendant's acts, omissions,

13  negligence, gross negligence and tortious conduct, each Plaintiff was tragically, seriously, and

14  permanently injured and damaged.  Although some supportive remedies have been resorted to,

15  said injuries prevail and will continue to prevail for an indefinite time into the future.  It is

16  difficult, if not impossible, at this time to fix the full nature, extent, severity, and duration of

17  said injuries, but they are alleged to be permanent, progressive, and disabling.  Each Plaintiff

18  has incurred, and will likely continue to incur, damages.  These damages include both severe

19  physical and emotional injury.  These damages include special and general damages to be

20  proven at the time of trial, in an amount now unknown.  Plaintiffs' damages specifically include

21  all damages allowed by statute and common law.

22

23

COMPLAINT FOR DAMAGES - 9

JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Phone: (208)667-0683
Fax: (208) 664-1684

## VI.  NEGLIGENT RETENTION AND SUPERVISION
## BY DEFENDANTS

6.1.    Plaintiffs incorporate by reference all other paragraphs of this Complaint as if fully set forth herein.

6.2    At all times material, Defendants Civic Theatre and Children's Theatre employed Dunckley as a volunteer for and on behalf of Defendants.

6.3    Defendants knew or, in the exercise of ordinary care, should have known of Scott Dunckley's unfitness at the time it engaged him and that he posed a risk to children.

6.4    Defendants' actions in engaging Dunckley, and cloaking him with authority, provided Dunckely the ability to have access to, groom, and sexually assault Plaintiffs.

6.5    Despite having known of allegations related to Dunckley's sexual misconduct, Defendants retained and continued to support Dunckley, and placed him in a position of authority and trust over Plaintiffs.

6.6    Defendants' negligent retention and supervision of Dunckley,  directly and proximately caused each Plaintiff's resulting injuries and damages as further alleged herein.

## VIII.   PRAYER FOR RELIEF

WHEREFORE Plaintiffs, and each of them, pray that the Court enters judgment in favor of each Plaintiff and against each Defendant for the following:

A.    Special damages for medical treatment expenses, lost earnings, lost earning capacity, expenses of medication and other special expenses, both in the past and continuing into the future, in amounts to be determined at the time of trial;

COMPLAINT FOR DAMAGES - 10

JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Phone: (208)667-0683
Fax: (208) 664-1684

B.     General damage for physical, mental and emotional injury and disturbance, pain, suffering and other general damages resulting from the Defendants' acts and omissions complained of herein;

C.     For attorney fees, prejudgment interest, costs allowed by law; and

D.     For such other relief as this Court determines just.

DATED August 29, 2022.

JAMES, VERNON & WEEKS, P.A.

By: _Melanie Baillie_
Melanie Baillie WSB#55832
Attorneys for Plaintiffs

COMPLAINT FOR DAMAGES - 11

CN: 2220298632

**SN: 4.0**

PC: 1

FILED
9/1/2022
Timothy W Fitzgerald
Spokane County Clerk

2

3

4

5

6               THE SUPERIOR COURT OF THE STATE OF WASHINGTON

7                    IN AND FOR THE COUNTY OF SPOKANE

8

MARK ALLEN PLEASANT and TRALEN
9    ROBERT DOLER,

10                    Plaintiffs,                      NO.   22-2-02986-32

11    vs.

                                                       JURY DEMAND
12

SPOKANE CIVIC THEATRE and SPOKANE
13   CHILDREN'S THEATRE, DOES 1-10,

14

                       Defendants.
15

16

17         TO:    Defendants herein

           The undersigned elects to have this case tried by a jury of twelve (12) members and
18
     herewith deposits with the Clerk of the Court the jury fee as required by law.
19
           DATED this 25th day of June, 2021.
20

21                          JAMES, VERNON & WEEKS, P.A.

22                          *Melanie Baillie*
                            Melanie E. Baillie WSBA #55832
23                          Attorneys for Plaintiffs

---

JURY DEMAND - Page 1                            **JAMES, VERNON & WEEKS, P.A.**
                                                         1626 Lincoln Way
                                                      Coeur d'Alene, ID 83814
                                                        Ph: (208) 667-0683
                                                       Fax: (208) 664-1684

CN: 2220298632

**SN: 5.0**

PC: 1

# FILED

**SEPTEMBER 1, 2022**

**Timothy  W  Fitzgerald**

**Spokane County Clerk**

(Copy Receipt)                    Clerk's Date Stamp



| **SUPERIOR COURT OF WASHINGTON**<br>**COUNTY OF SPOKANE** | **JUDGE TIMOTHY B. FENNESSY 94** |
|---|---|
| PLEASANT, MARK ALLEN ETAL<br><br>**Plaintiff(s)/Petitioner(s),**<br>**vs.**<br>SPOKANE CIVIC THEATRE ETAL<br><br>**Defendant(s)/Respondent(s).** | **CASE NO.  22-2-02986-32**<br><br>**CASE ASSIGNMENT NOTICE AND**<br>**ORDER (NTAS)**<br><br>**CASE STATUS CONFERENCE DATE:**<br>**DECEMBER 2, 2022 AT 8:30 AM** |

## ORDER

YOU ARE HEREBY NOTIFIED that this case is preassigned for all further proceedings to **JUDGE Timothy B. Fennessy.**

**You are required to attend a Case Status Conference before your assigned judge on the date also noted above.   The Joint Case Status Report must be completed and brought to the Status Conference.  A Case Schedule Order, with the trial date, will be issued at the Status Conference.**

Under the individual calendar system, the court will operate on a four-day trial week.  Trials will commence on Monday, Tuesday, Wednesday or Thursday.  Motion Calendars are held on Friday.  All motions, other than ex parte motions, must be scheduled with the assigned judge.  Counsel must contact the assigned court to schedule motions and working copies of all motion pleadings must be provided to the assigned court at the time of filing with the Clerk of Court.  Pursuant to LCR 40 (b) (9), motions must be confirmed no later than 12:00 noon three days before the hearing by notifying the judicial assistant for the assigned judge.

Please contact the assigned court to schedule matters regarding this case.  You may contact the assigned court by phone, court department e-mail or through the Spokane County Superior Court web page at **https://www.spokanecounty.org/4625/Superior-Court**

**DATED: 09/01/2022**

JULIE M. MCKAY
PRESIDING JUDGE

**NOTICE:  The plaintiff shall serve a copy of the Case Assignment Notice on the defendant(s).**

CN: 2220298632

**SN: 6.0**

PC: 3

FILED
10/26/2022
Timothy W Fitzgerald
Spokane County Clerk

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF SPOKANE

MARK ALLEN PLEASANT and TRALEN
ROBERT DOLER,

                    Plaintiffs,

    v.

SPOKANE CIVIC THEATRE and SPOKANE
CHILDREN'S THEATRE, DOES 1-10,

                 Defendants.

No. 22-2-02968-32

NOTICE OF APPEARANCE

TO:    All parties and your attorneys:

        YOU WILL PLEASE TAKE NOTICE that the undersigned attorneys hereby appear of

record on behalf of defendant SPOKANE CIVIC THEATRE.

        You are hereby requested to serve all further notices and motions and pleadings, except

process, in this cause upon said attorneys at their offices at 601 W. Main Ave., Suite 1400,

Spokane, WA 99201-0677.

NOTICE OF APPEARANCE- 1

**WBM** WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

DATED this _4th_ day of October, 2022.

WITHERSPOON BRAJCICH MCPHEE, PLLC

By: _____
James A. McPhee, WSBA No. 26323
Attorneys for Defendant Spokane Civic Theatre

NOTICE OF APPEARANCE- 2

WBM | WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by the method indicated below to the following this ___4th___ day of October, 2022.

☐ U.S. MAIL
☐ HAND DELIVERED
☐ OVERNIGHT MAIL
☐ TELECOPY (FAX) to:
☒ EMAIL TO:
mbaillie@jvwlaw.net

James, Vernon & Weeks, P.A.
Melanie Baillie
1626 Lincoln Way
Coeur D'Alene, ID 83814

☐ U.S. MAIL
☐ HAND DELIVERED
☐ OVERNIGHT MAIL
☐ TELECOPY (FAX) to:
☒ EMAIL TO:
wms@witherspoonkelley.com

Witherspoon Kelley, P.S.
William Symmes
422 W. Riverside Ave, Suite 1100
Spokane, WA 99201

Briana Mullendore

NOTICE OF APPEARANCE- 3

WBM WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

CN: 2220298632

**SN: 7.0**

PC: 3

FILED
10/26/2022
Timothy W Fitzgerald
Spokane County Clerk

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF SPOKANE

| | |
|---|---|
| MARK ALLEN PLEASANT and TRALEN ROBERT DOLER,<br><br>          Plaintiffs,<br><br>v.<br><br>SPOKANE CIVIC THEATRE and SPOKANE CHILDREN'S THEATRE, DOES 1-10,<br><br>          Defendants. | No. 22-2-02986-32<br><br>ACCEPTANCE OF SERVICE |

1.  ACCEPTANCE OF SERVICE

James A. McPhee, attorney for Spokane Civic Theatre, hereby accepts service of:

- Summons filed on September 1, 2022; and

- Complaint filed on September 1, 2022.

The undersigned, by signature, acknowledges that he is authorized to accept service on behalf of Defendant Spokane Civic Theatre.

ACCEPTANCE OF SERVICE- 1

**WBM** | WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

DATED 4th day of October 2022.

WITHERSPOON BRAJCICH MCPHEE, PLLC

JAMES A. MCPHEE, WSBA No. 26323
Attorney for Defendant Spokane Civic Theatre

ACCEPTANCE OF SERVICE- 2

WBM | WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by the method indicated below to the following this ___4th___ day of October, 2022.

☐ U.S. MAIL
☐ HAND DELIVERED
☐ OVERNIGHT MAIL
☐ TELECOPY (FAX) to:
☒ EMAIL TO:
mbaillie@jvwlaw.net

James, Vernon & Weeks, P.A.
Melanie Baillie
1626 Lincoln Way
Coeur D'Alene, ID 83814

☐ U.S. MAIL
☐ HAND DELIVERED
☐ OVERNIGHT MAIL
☐ TELECOPY (FAX) to:
☒ EMAIL TO:
wms@witherspoonkelley.com

Witherspoon Kelley, P.S.
William Symmes
422 W. Riverside Ave, Suite 1100
Spokane, WA 99201

Briana Mullendore

ACCEPTANCE OF SERVICE- 3

WBM
WITHERSPOON
BRAJCICH
MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

CN: 2220298632
**SN: 8.0**
PC: 1

FILED
10/31/2022
Timothy W Fitzgerald
Spokane County Clerk

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF SPOKANE

**MARK ALLEN PLEASANT AND TRALEN ROBERT DOLER**

Plaintiff(s),

vs.

**SPOKANE CIVIC THEATRE AND SPOKANE CHILDRENS THEATRE DOES 1-10**

Defendant(s).

**DECLARATION OF SERVICE**

ss.

That on **10/10/2022** at **12:52 PM**, at the address of **601 WEST MAIN AVE #1400** , **Spokane**, within SPOKANE County, WA, the undersigned duly served the following document(s): **AMENDED SUMMONS COMPLAINT FOR DAMAGES** in the above entitled action upon **SPOKANE CIVIC THEATRE**, by then and there personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with **JAMES MCPHEE, REGISTERED AGENT** who is authorized to accept service on behalf of the above.

**Desc: Sex: Male** - **Skin/Race: Caucasian** - Hair: **Bald** - Age: **50'S** - Height: **6ft 03in** - Weight: **180 lbs**

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**

Date: _10-14-22_

**TOTAL:** $

*28512*

X _____
Law Firm Ref _____
Company Ref _____
**J SAUERLAND**
Registered Process Server
License#: **1672**
Eastern Washington Attorney Services
421 WEST RIVERSIDE #772
Spokane, WA 99201
5093277018

CN: 2220298632
**SN: 9.0**
PC: 2

 rices

FILED
10/31/2022
Timothy W Fitzgerald
Spokane County Clerk

**BILL TO**
JAMES VERNON AND WEEKS
1626 LINOCLN WAY
COEUR D'ALENE, ID  83814

**INVOICE 135937**

**DATE** 10/20/2022   **TERMS** Net 30

**DUE DATE** 11/19/2022

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|----------|-------------|-----|------|--------|
| process service | SPOKANE CHILDRENS THEATRE AT  2727 N MADELIA SPOKANE WA | 1 | 45.00 | 45.00 |

**TOTAL DUE**                                **$45.00**

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR
THE COUNTY OF SPOKANE

**MARK ALLEN PLEASANT AND TRALEN ROBERT
DOLER**

　　　　　Plaintiff(s),

vs.

**SPOKANE CIVIC THEATRE AND SPOKANE
CHILDRENS THEATRE DOES 1-10**

　　　　　Defendant(s).
_____/

　　ss.

**DECLARATION OF SERVICE**

That on **10/19/2022** at **10:00 AM**, at the address of **2727 NORTH MADELIA ST #5 , Spokane**, within
**SPOKANE** County, **WA**, the undersigned duly served the following document(s): **AMENDED
SUMMONS COMPLAINT FOR DAMAGES** in the above entitled action upon **SPOKANE
CHILDRENS THEATRE**, by then and there personally delivering 1 true and correct copy(ies) of the
above documents into the hands of and leaving same with **TONYA BROWNING , INTERIM
MANAGING AGENT** who is authorized to accept service on behalf of the above.

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is
true and correct:**

Date: 10/21/22

**TOTAL:**　　$

*20513*

X _Cronkhite_
Law Firm Ref _____
Company Ref _____
**D CRONKHITE**
Registered Process Server
License#: **1820**
Eastern Washington Attorney Services
421 WEST RIVERSIDE #772
Spokane, WA 99201
5093277018